**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 547 MAL 2021

              Respondent                  :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

             v.                          :

                                      :

PAUL CALLAHAN,                      :

                                      :

               Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.